UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEREMIE B.,[1]

              Petitioner,

    v.

CHRISTOPHER CHESTNUT, et al.,

              Respondents.

No. 1:26-cv-02779-TLN-SCR

**ORDER**

Petitioner Jeremie B. ("Petitioner"), an immigration detainee who is representing himself, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("the Petition") (ECF No. 1), a Motion to Proceed *in Forma Pauperis* (ECF No. 2), and a Motion to Appoint Counsel (ECF No. 3).

Pending the Court's ruling on the Petition, Respondents shall not take any action to transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

---

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

As to the Petition (ECF No. 1), Respondents shall file a response to the Petition **within three (3) court days from the date of this Order**.  Any response must include Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition.  Failure to timely respond shall be construed as a non-opposition.  *See* L.R. 230(c).

Additionally, Petitioner's Motion to Proceed *in Forma Pauperis* is granted.  (ECF No. 2.)  *See* 28 U.S.C. § 1914.

Finally, Petitioner's Motion to Appoint Counsel (ECF No. 3) is granted.  In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  **Within seven (7) court days from the date of this Order**, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for Petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

In accordance with the above, IT IS HEREBY ORDERED that:

1.  To ensure this Court's jurisdiction to resolve the pending § 2241 petition, Respondents shall not transfer Petitioner to another detention center outside of this judicial district, pending further order of the Court.

2.  Respondents shall file a response to the Petition (ECF No. 1) **within three (3) court days from the date of this Order**, including relevant documents from the A-file discussed above.

3.  Petitioner's Motion to Proceed *in Forma Pauperis* (ECF No. 2) is GRANTED.

4.  Petitioner's Motion to Appoint Counsel (ECF No. 3) is GRANTED.  Within seven (7) days from the date of this Order, the appointing authority for the Eastern District of California shall identify counsel and notify the Court.

2

5.  The Clerk of the Court shall serve a copy of this Order and the Petition on:

a.  the Federal Defender, Attention:  Habeas Appointment; and

b.  the United States Attorney.

IT IS SO ORDERED.

Date: April 14, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3